No. 388. NORDSTROM (BY HIS NEXT FRIEND DENNING) *v.* VAN
DE VANTER, SHERIFF, ETC.   Appeal from the Circuit Court of the
United States for the District of Washington.   Motions to dis-
miss or affirm submitted April 29, 1901.   Decided May 13,
1901.   *Per Curiam.*   Order affirmed with costs on the author-

ity of *Nobles* v. *Georgia*, 168 U. S. 398; *Kohl* v. *Lehlback*, 160 U. S. 293, and see *State* v. *Nordstrom*, 21 Wash. 403; *Nordstrom* v. *Moyer, Sheriff*, 170 U. S. 703; *Nordstrom* v. *Washington*, 164 U. S. 705; *Craemer* v. *Washington*, 168 U. S. 124; *State* v. *Nordstrom*, 7 Wash. 506.   *Mr. Walter S. Fulton* and *Mr. Frank B. Crosthwaite* for the motions.   *Mr. James Hamilton Lewis* opposing.